# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, ) | **CASE NO.** 1:12-cv-0275-AWI-BAM |
| Plaintiff, ) | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| ) | **NEW DATE: August 21, 2012** |
| v. ) | **TIME:** 8:30 a.m. |
| GOLDEN WEST RESTAURANTS, INC., and ) YONEDA ENTERPRISES, L.P., ) | **CTRM:** 8 (6th floor) |
| Defendants. ) | **Barbara A. McAuliffe U.S. Magistrate Judge** |

## ORDER

Having reviewed the parties Stipulation, IT IS HEREBY ORDERED that the Scheduling Conference is continued from May 9, 2012 at 8:30 am to August 21, 2012 at 8:30 am in Courtroom 8 before Judge McAuliffe.  A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov.  The parties may appear by telephone.

IT IS SO ORDERED.


Dated:   **April 27, 2012**          **/s/ Barbara A. McAuliffe**

UNITED STATES MAGISTRATE JUDGE