K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:12-cv-00275-AWI-BAM |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |
| vs. | |
| GOLDEN WEST RESTAURANTS, INC., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Golden West Restaurants, Inc. dba Applebee's Neighborhood Grill and Bar and Yoneda Enterprises, LP, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: October 11, 2012          MOORE LAW FIRM, P.C.

          /s/Tanya E. Moore
          Tanya E. Moore
          Attorney for Plaintiff Ronald Moore

///

*Moore v. Golden West Restaurants, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

Date: October 9, 2012

CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP

/s/ Kathleen M. Hartman
Kathleen M. Hartman
Attorneys for Defendants Golden West Restaurants, Inc. dba Applebee's Neighborhood Grill and Bar and Yoneda Enterprises, LP

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  October 11, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

*Moore v. Golden West Restaurants, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order